UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JUNIUS P. LEISURE, II, :
        Plaintiff, :
         :
    v. : No. 5:17-cv-04603
         :
DIRECTOR OF NURSING; PRIMECARE :
*(HEALTHCARE PROVIDER) ET AL*, :
NURSE A, and NURSE B,[1] :
        Defendants. :

# O R D E R

**AND NOW**, this 23rd day of February, 2018, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1.     The Motion to Dismiss, ECF No. 11, is **GRANTED in part**.

2.     The claim under 42 U.S.C. § 1983 is **DISMISSED with prejudice**.

3.     This Court declines to exercise supplemental jurisdiction over the remaining medical negligence claim and it is **DISMISSED without prejudice**.

4.     The Complaint, ECF No. 4, and Supplemental Pleading, ECF Nos. 24, 28, are **DISMISSED**.

5.     Leisure's Motion to Compel, ECF No. 23, is **DENIED as moot**.

6.     Leisure's Motion to Amend Supplemental Pleading, ECF No. 28, is **GRANTED**.

7.     Leisure's Motion for Leave for Discovery, ECF No. 30, is **DENIED as moot**.

8.     The case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1]     Leisure has failed to provide sufficient information identifying Defendants Director of Nursing, Nurse A, and Nurse B so these Defendants have not been served with the Complaint.